BEFORE THE SECOND DIVISION, DECEMBER 15, 1959

**No. 63603.**—Herman H. Sticht Co., Inc., and Intra-Mar Transport Corp., et al. *v.* United States, protests 239040–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of statiguns and parts thereof the same in all material respects as those the subject of *Herman H. Sticht Co., Inc.* v. *United States* (40 Cust. Ct. 173, C.D. 1979), the claim of the plaintiffs was sustained.